```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-372 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. ) | |
| JOAQUIN BETANCOURT-MENDOZA, ) | Court: Hon. William B. Shubb |
| Defendant. ) | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Joaquin Betancourt-Mendoza, on the other hand, through their respective attorneys, that: (1) the presently set November 8, 2010, status conference shall be continued to December 6, 2010, at 8:30 a.m.; and (2) time from the date of the parties' stipulation, November 4, 2010, through, and including, December 6, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

1

1  The parties note and represent that George Trejo, Esq., was
2 only officially allowed by the Court to represent defendant
3 Joaquin Betancourt-Mendoza pro hac vice on September 10, 2010,
4 and Mr. Trejo will need the time between now and December 6,
5 2010, to review discovery, conduct legal research, work on his
6 defense investigation, and discuss a possible resolution with the
7 prosecutor and his client.  Based on these facts, the parties
8 stipulate and agree that the trial delay and exclusion of time
9 requested herein is necessary to provide defense counsel
10 reasonable time to prepare his client's defense taking into
11 account due diligence.  The parties further stipulate and agree
12 that the ends of justice to be served by granting the requested
13 continuance outweigh the best interests of the public and the
14 defendant in a speedy trial.

Dated:  November 4, 2010          /s/ George Trejo
                                  _____
                                  GEORGE TREJO
                                  Attorney for Defendant
                                  Joaquin Betancourt-Mendoza
                                  (per email authorization)

Dated:  November 4, 2010          BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                                          /s/ Samuel Wong
                                  By: _____
                                      SAMUEL WONG
                                      Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, November 4, 2010, to and including the new December 6, 2010, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the November 8, 2010, status conference shall be continued to December 6, 2010, at 8:30 a.m.

Dated: November 5, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE