1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-372 WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOAQUIN BETANCOURT-MENDOZA, | Court: Hon. William B. Shubb |
| Defendant. | Date: December 6, 2010<br>Time: 8:30 a.m. |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Joaquin Betancourt-Mendoza, on the other hand, through their respective attorneys, that:  (1) the presently set December 6, 2010, status conference shall be continued to January 10, 2011, at 8:30 a.m.; and (2) time from the date of the parties' stipulation, December 2, 2010, through, and including, January 10, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

The parties note that defendant has requested a written plea offer from the United States which the United States will soon provide and defense counsel will need the time between now and January 10, 2011, to advise his client regarding the consequences of any proposed guilty pleas to be weighed against the risks and consequences of possible convictions after trial.  This task is made more difficult due to the need to arrange for a Spanish/English interpreter to translate the written plea offer to defendant who speaks primarily Spanish.  Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence.  The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:   December 2, 2010          /s/ George Trejo
                                   _____
                                   GEORGE TREJO
                                   Attorney for Defendant
                                   Joaquin Betancourt-Mendoza
                                   (per email authorization)

Dated:   December 2, 2010          BENJAMIN B. WAGNER
                                   UNITED STATES ATTORNEY

                                         /s/ Samuel Wong
                                   By:  _____
                                        SAMUEL WONG
                                        Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 2, 2010, to and including the new January 10, 2011, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the December 6, 2010, status conference shall be continued to January 10, 2011, at 8:30 a.m.

Dated: December 3, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE