1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10                                    )  No. 2:10-CR-372 WBS
11 UNITED STATES OF AMERICA,          )
                                      )  **STIPULATION AND ORDER CONTINUING**
12              Plaintiff,            )  **STATUS CONFERENCE DATE, TRIAL**
                                      )  **DATE, AND EXCLUDING TIME UNDER**
13         v.                         )  **THE SPEEDY TRIAL ACT**
                                      )
14 JOAQUIN BETANCOURT-MENDOZA,        )  Court:  Hon. William B. Shubb
                                      )  Date:   February 14, 2011
15              Defendant.            )  Time:   8:30 a.m.
                                      )
16 _____   )

17

18      It is hereby stipulated and agreed by and between plaintiff

19 United States of America, on the one hand, and defendant Joaquin

20 Betancourt-Mendoza, on the other hand, through their respective

21 attorneys, that:  (1) the presently set February 14, 2011 trial

22 confirmation hearing shall be continued to February 22, 2011, at

23 8:30 a.m.; and (2) the presently set March 1, 2011, trial date

24 shall be continued to March 15, 2011; and (3) time from the date

25 of the parties' stipulation, February 11, 2011, through, and

26 including, March 15, 2011, shall be excluded from computation of

27 time within which the trial of this matter must be commenced

28 under the Speedy Trial Act, pursuant to 18 U.S.C. §

                                   1

3161(h)(3)(A), (7)(A), and (B)(iv) and Local Codes M
(unavailability of essential witness) and T4 (continuity of
defense counsel and reasonable time for both counsel to prepare).

Defense counsel represents that he is unavailable for a
trial confirmation hearing in Sacramento, California, on February
14, 2011, as he was previously set for court matters in the State
of Washington on that date and he has been unable to continue
those other court matters to another date.

The United States represents that it has contacted its
approximate fourteen prospective witnesses and learned that the
proposed March 1, 2011, trial date is not convenient for three
witnesses.  One witness is scheduled for gall bladder surgery the
approximately five days before the scheduled March 1, 2011, trial
and will need additional time to recover before testifying.
Another witness, who resides in southern California, has Hodgkin
Lymphoma, a cancer of the immune system, and has been undergoing
chemotherapy since December 2010.  As to this second witness, the
United States will attempt to schedule a deposition of this
witness with defense counsel in southern California at a time
when the witness can undergo a deposition in lieu of traveling
and testifying at trial in Sacramento.  A third witness, has
prepaid vacation plans with his family around the March 1, 2011,
trial date, but can be available for a later trial date.  All
three of these witnesses are essential to the prosecution's case
as they are expected to testify regarding the number of marijuana
plants eradicated from defendant's marijuana garden.

The parties note that on February 7, 2011, defendant advised
the Court that he declined a plea offer from the United States

1  and desired to proceed to trial.  Previous to that time,
2  defendant indicated that he intended to accept the United States'
3  plea offer.  Accordingly, both the prosecutor and defense counsel
4  had postponed their respective trial preparation.  However, in
5  light of defendant's recent choice of proceeding to trial, both
6  counsel need additional time to March 15, 2011, to prepare for
7  trial and the parties stipulate that the March 1, 2011, trial
8  date should be continued to March 15, 2011.

9      Accordingly, the parties stipulate that there is good cause
10 to continue the presently set March 1, 2011, trial date, to the
11 alternate trial date proposed by the Court of March 15, 2011.

12     Based on these facts, the parties stipulate and agree that
13 the trial delay and exclusion of time requested herein is
14 necessary to provide both counsel reasonable time to prepare for
15 trial taking into account due diligence and to accommodate the
16 unavailability of essential witnesses.  The parties further
17 stipulate and agree that the ends of justice to be served by
18 granting the requested continuance outweigh the best interests of
19 the public and the defendant in a speedy trial.

20

21 Dated:  February 11, 2011          /s/ George Trejo
22                                    _____
                                      GEORGE TREJO
23                                    Attorney for Defendant
                                      Joaquin Betancourt-Mendoza
24                                    (per email authorization)

25 Dated:  February 11, 2011          BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY
26
                                          /s/ Samuel Wong
27                                    By: _____
                                      SAMUEL WONG
28                                    Assistant U.S. Attorney

3

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court also finds that the continuance is necessary to accommodate the schedules of essential witnesses.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court orders that the March 1, 2011, trial date shall be vacated and rescheduled to March 15, 2011, at 9:00 a.m.

The Court orders that the time from the date of the parties' stipulation, February 11, 2011, to and including the new March 15, 2011, trial date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(3)(A), (7)(A) and (B)(iv), and Local Codes M (unavailability of essential witnesses) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the February 14, 2011 trial

///
///
///
///

4

confirmation hearing shall be continued to February 22, 2011, at 8:30 a.m.

Dated:   February 11, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE