# UNTIED STATES DISTRICT COURT
# EATERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JOAQUIN BETANCOURT-MENDOZA, ) <br> ) <br> Defendant. ) | Case No. CR-10-372-WBS <br><br> ORDER GRANTING CONTINUANCE <br> OF SENTENCING HEARING |

The Court having received, read, and considered the parties' stipulated request to continue the sentencing of defendant Joaquin Betancourt-Mendoza, and Good Cause Appearing therefrom, the sentencing hearing in this case, currently set for June 20, 2011 at 8:30 a.m. is rescheduled for **September 19, 2011 at 8:30 a.m**. The Court finds that there is excludable time under Speedy Trial Act. Defendant, JOAQUIN BETANCOURT-MENDOZA is currently in custody.

**IT IS SO ORDERED.**

Dated: June 16, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE