**UNTIED STATES DISTRICT COURT**

**EATERN DISTRICT OF CALIFORNIA**

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  CR-10-372-WBS |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING CONTINUANCE |
| ) | OF SENTENCING HEARING |
| JOAQUIN BETANCOURT-MENDOZA, ) | |
| ) | |
| Defendant. ) | |

The Court having received, read, and considered the parties' stipulated request to continue the sentencing of defendant Joaquin Betancourt-Mendoza, and Good Cause Appearing therefor, the sentencing hearing in this case, currently set for September 19, 2011 at 8:30 a.m. is rescheduled for **December 5, 2011 at 8:30 a.m**. The Court finds that there is excludable time under Speedy Trial Act.  Defendant, JOAQUIN BETANCOURT-MENDOZA is currently in custody.

**IT IS SO ORDERED.**

Dated: September 14, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE